UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CR-39-1F

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | I N F O R M A T I O N |
| ) | |
| ANGELOS VANGELOS ) | |

The United States Attorney charges:

Count One
[18 U.S.C. § 844(e); Telephone Bomb Threat]

On or about the February 25, 2008, in the Eastern District of North Carolina, the defendant, ANGELOS VANGELOS, by means and use of an instrument of commerce, that is, a telephone, willfully made a threat, and knowingly and maliciously conveyed false information, knowing the same to be false, concerning an alleged attempt to intimidate an individual, and to unlawfully damage and destroy a building, specifically, the North Carolina State University Bell Tower at 2101 Hillsborough Street, Raleigh, North Carolina, by means of an explosive.

All in violation of Title 18, United States Code, Section 844(e).

1

## Count Two
[18 U.S.C. § 876 (c); Mail Threat]

On or about April 17, 2008, in the Eastern District of North Carolina, the defendant, ANGELOS VANGELOS, knowingly did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a written communication, addressed to Karla Joyner, and containing a threat to injure the person of Karla Joyner.

All in violation of Title 18, United States Code, Section 876(c).

## Count Three
[18 U.S.C. § 876(c); Mail Threat]

On or about June 17, 2008, in the Eastern District of North Carolina, the defendant, ANGELOS VANGELOS, knowingly did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a written communication, addressed to David Price, and containing a threat to injure David Price, Bob Etheridge, and Brad Miller, officials covered by Title 18 United States Code, Section 1114.

All in violation of Title 18, United States Code, Section 876(c).

## Count Four
[18 U.S.C. § 876(c); Mail Threat]

On or about June 25, 2008, in the Eastern District of North Carolina, the defendant, ANGELOS VANGELOS, knowingly did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a written communication, addressed to NC Governor Michael F. Easley, and containing a threat to injure the persons of Michael F. Easley, and Beverly Perdue.

All in violation of Title 18, United States Code, Section 876(c).

## Count Five
[18 U.S.C. § 876(c); Mail Threat]

On or about September 10, 2008, in the Eastern District of North Carolina, the defendant, ANGELOS VANGELOS, knowingly did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a written communication, addressed to Donnie Harrison, and containing a threat to injure the person of the addressee.

All in violation of Title 18, United States Code, Section 876(c).

## Count Six
[18 U.S.C. § 871; Mail Threat]

On or about December 2, 2008, in the Eastern District of North Carolina, the defendant, ANGELOS VANGELOS, knowingly did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a written communication, addressed to State Democratic Headquarters, containing a threat to take the life of and to inflict bodily harm upon the President-elect of the United States.

All in violation of Title 18, United States Code, Section 871.

## Count Seven
[18 U.S.C. § 871; Mail Threat]

On or about March 26, 2009, in the Eastern District of North Carolina, the defendant, ANGELOS VANGELOS, knowingly did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a written communication, addressed to Dr. William Barber, containing a threat to take the life of and to inflict bodily harm upon the President of the United States.

All in violation of Title 18, United States Code, Section 871.

## Count Eight
[18 U.S.C. § 876(c); Mail Threat]

On or about March 27, 2009, in the Eastern District of North Carolina, the defendant, ANGELOS VANGELOS, knowingly did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a written communication, addressed to NC NAACP Dr William Barber, and containing a threat to injure the person of the addressee.

All in violation of Title 18, United States Code, Section 876(c).

## Count Nine
[18 U.S.C. § 876(c); Mail Threat]

On or about March 27, 2009, in the Eastern District of North Carolina, the defendant, ANGELOS VANGELOS, knowingly did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a written communication, addressed to House Speaker Nancy Pelosi, an official covered by Title 18 United States Code, Section 1114, and containing a threat to injure the person of Nancy Pelosi.

All in violation of Title 18, United States Code, Section 876(c).

## Count Ten
[18 U.S.C. § 876(c); Mail Threat]

On or about May 1, 2009, in the Eastern District of North Carolina, the defendant, ANGELOS VANGELOS, knowingly did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a written communication, addressed to Beverly E. Perdue, and containing a threat to injure the person of the addressee.

All in violation of Title 18, United States Code, Section 876(c).

GEORGE E. B. HOLDING
United States Attorney

BY: ERIC EVENSON
Assistant United States Attorney