UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-39-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **AMENDED** |
| | ) | **ORDER** |
| ANGELOS VANGELOS, | ) | |
| Defendant. | ) | |

In open court, counsel for defendant moved that two documents submitted with regard to the sentencing hearing in this matter filed under seal. The court on its own motion hereby ORDERS that the defendant hereby is COMMITTED to the custody of the Attorney General for a period not to exceed **sixty (60) days** from the date of this order for the purpose of a mental evaluation pursuant to 18 U.S.C. §§ 3552(c), 4244 (b) and 4247 (b) & (c), including § 4247(c)(4)(c), to determine whether there is reasonable cause to believe that the defendant presently may be suffering from a mental disease or defect for the treatment of which he (i) is in need of custody for care or treatment in a suitable facility, or (ii) is not in need of custody for care or treatment in a suitable facility, but which calls for consideration of sentencing alternatives that best would afford the defendant the kind of treatment he does need; and (iii) whether the defendant is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another.

The court further DIRECTS that a psychiatric or psychological report shall be prepared by the examiner conducting the examination(s) pursuant to §§ 4244(b) and

4247(c), and shall be filed with the court **under seal** with copies to counsel for the defendant and to the United States Attorney. The report shall include the examiner's opinion as to whether there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect the treatment of which he is, or is not, in need of custody for care or treatment in a suitable facility. If inpatient treatment is not recommended, the report also shall include an opinion concerning the sentencing alternatives that best would accord the defendant the kind of treatment he does need. In addition, the examiners' report shall include the information described in § 4247 (c)(1)-(3), and § 4247 (c)(4)(E).

The defendant's sentencing hearing shall be set upon completion of the examination ordered herein and the defendant's return to this district, and upon the court's receipt of the examiners' report, copies of which the examiner shall provide to the Assistant United States Attorney and defense counsel, listed below.

SO ORDERED.

This, the 23rd day of August, 2010.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge

Assistant United States Attorney Eric Evenson
Defense counsel Mr. Robert E. Nunley

2