UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-39-1-F

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ANGELOS VANGELOS, | ) | |
| Defendant. | ) | |

By order of July 20, 2010 [DE-18], and amended order of August 23, 2010 [DE-19], the undersigned directed the defendant committed to the custody of the Attorney General for evaluation pursuant to 18 U.S.C. §§ 3552(c), 4244(b) and 4247(b) & (c). Correspondence from Warden Tracy W. Johns, FCI-Butner, dated August 23, 2010, and sent to chambers, advises that Vangelos was not received at that facility until August 9, 2010. Warden Johns seeks the court's permission to calculate the 60-day commitment period from the date of Vangelos's delivery to the institution, *and* to extend the evaluation period an additional 60-days to and including December 3, 2010.

Warden Johns's first request — to calculate the commitment period from the date of admission at FCI-Butner, is ALLOWED. That period will conclude on **October 8, 2010**. The Warden's request to extend the commitment an additional 60 days is DENIED at this time without prejudice to renew it, if appropriate, closer to the 60-day deadline so that a better-informed estimate may be made as to what, if any, additional time is necessary to complete the assessment.

SO ORDERED. This, the 26th day of August, 2010.

*/s/ James C. Fox*
JAMES C. FOX
Senior United States District Judge